UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et. al,<br><br>　　　　Defendants. | Case No.: 1:12-cv-1794- AWI - JLT (PC)<br><br>ORDER DEEMING MOTION TO SET ASIDE INFORMATION AS A VOLUNTARY MOTION TO DISMISS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS<br><br>(Doc. 8). |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On December 26, 2012, Plaintiff filed a motion entitled, "Motion to Set Aside Information [sic] Inadequate Medical Care Due to Transfer." (Doc. 8). In the motion, Plaintiff reports that he has recently been transferred from Corcoran State Prison to High Desert State Prison "where [he is] able to receive assistance if needed . . . ." (Doc. 8). Plaintiff states that this transfer "has made my civil rights complaint void/no good." (Doc. 8). The Court therefore construes this motion as a voluntary motion to dismiss.

　　　　A plaintiff is entitled to dismiss his litigation without a court order by filing a notice to dismiss before any opposing parties appears in the action. Fed. R. Civ. P. 41(1)(A)(i). This matter was filed on November 2, 2012 and has not yet been served. Thus, no defendant has appeared in the action and Plaintiff is entitled to dismiss his litigation.

Accordingly, the Court HEREBY ORDERS that Plaintiff's motion is deemed a voluntary motion to dismiss under Fed. R. Civ. P. 41(1) and that this action is **DISMISSED without prejudice**.

IT IS SO ORDERED.

Dated:   January 2, 2013

UNITED STATES DISTRICT JUDGE

2